# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Christopher Michael Romero**                     Docket No. 1:23-cr-00467-KWR-1

Petition for Action on Conditions of Pretrial Release

COMES NOW **Anthony Carter** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Christopher Michael Romero,** who was placed under pretrial release supervision by the Honorable John F. Robbenhaar, United States Magistrate Judge**,** sitting in the court at **Albuquerque, New Mexico**, on March 24, 2023, with conditions which included the following:

1. (6)(a)(b)(c): The defendant is placed in the custody of La Pasada Halfway House, who agrees to supervise the defendant, use every effort to assure the defendant's appearance at all court proceedings, and notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

2. (7)(j): The defendant must maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

3. (7)(m): The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant submitted urine tests on April 12, 16, and 30, 2023, which yielded positive results for fentanyl. The urine samples submitted on April 12 and 16, 2023, confirmed positive for fentanyl. The test submitted on April 30, 2023, is pending confirmation. The defendant denies use. The La Pasada Halfway House advised that they no longer serve as the defendant's third-party custodian.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **May 10, 2023**

**Anthony Carter**
**United States Probation Officer**

Place: **Albuquerque, New Mexico**